IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEMIELI WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00552-JRS-TAB |
| | ) | |
| COOKWARE COMPANY (USA), LLC dba GREENPAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Demieli Wright and Defendant Cookware Company (USA), LLC dba Greenpan, by their respective counsel, hereby notify the Court that the parties have reached an agreement in principle to fully and finally settle this case. They expect to finalize this agreement in the near future. The parties anticipate filing a joint stipulation of dismissal within the next thirty (30) days.

Respectfully submitted,

 /s/ Nathaniel Uhl
Nathaniel Uhl, Attorney No. 25139-49
Dakota Coates, Attorney No. 36800-30
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2383
Facsimile: (317) 592-4285
nate.uhl@icemiller.com
dakota.coates@icemiller.com

*Attorneys for Defendant Cookware Company (USA), LLC dba Greenpan*

 /s/ Noah Cartwright Thomas
Noah Cartwright Thomas, Attorney No. 33746-82
CHAPMAN LAW LLC
20 NW 3rd St.
Ste. 1410
Evansville, IN 47708
Telephone: (812) 426-0600
Facsimile: (866) 543-0024
noah@chapmanlaw.com

*Attorney for Plaintiff Demieli Wright*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2022, a copy of the foregoing was filed electronically through the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Noah Cartwright Thomas  
CHAPMAN LAW LLC  
20 NW 3rd St.  
Ste. 1410  
Evansville, IN 47708  
(812) 426-0600  
Fax: (866) 543-0024  
Email: noah@chapmanlaw.com

   /s/ Nathaniel Uhl  
Nathaniel Uhl, Attorney No. 25139-49  
ICE MILLER LLP  
One American Square, Suite 2900  
Indianapolis, IN  46282-0200  
Phone: (317) 236-2383  
Facsimile: (317) 592-4285  
nate.uhl@icemiller.com