Acknowledged. JRS, DJ, 8/17/22.

Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEMIELI WRIGHT,<br><br>            Plaintiff,<br><br>    v.<br><br>COOKWARE COMPANY (USA), LLC dba GREENPAN,<br><br>            Defendant. | Case No. 1:22-cv-00552-JRS-TAB |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.  Whereas Plaintiff Demieli Wright filed the above-referenced case against Defendant Cookware Company (USA), LLC dba GreenPan on March 22, 2022.

2.  Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3.  Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: August 16, 2022         Respectfully Submitted,

/s/ *Noah C. Thomas*
Noah C. Thomas
noah@chapmanlaw.com
**CHAPMAN LAW LLC**
20 NW 3rd Street, Suite 1410
Evansville, IN 47708
Phone: (812) 426-0600

*Attorneys for Plaintiff Demieli Wright*

2

**CERTIFICATE OF SERVICE**

     I, Noah C. Thomas, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 16th day of August, 2022.

                                            */s/ Noah C. Thomas*
                                             Noah C. Thomas